AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

**RECEIVED**

*By USMS  District of Columbia District Court at 9:35 am, Jan 30, 2025*

United States of America
v.

JAMES SAUNDERS KRETCHMAR,

Defendant

Case: 1:25-cr-00032
Assigned To : Reyes, Ana C.
Assign. Date : 1/29/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JAMES SAUNDERS KRETCHMAR                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography)

Date:    01/29/2025

_____
*Issuing officer's signature*

City and state:    Washington, D.C.

Hon. Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/30/2025 , and the person was arrested on *(date)*  3/11/2025 at *(city and state)*  Washington DC .

Date: 3/11/2025

_____
*Arresting officer's signature*

Kayleen Bretz Deputy United States marshal
*Printed name and title* |