UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Case No. 25-cr-32 (ACR) |
| : | |
| JAMES KRETCHMAR, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S UNCONTESTED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery materials by the parties in the above-captioned case. The Government submits that the proposed order is necessary to expedite the flow of discovery of materials between the parties and to adequately protect personal identifying information and other sensitive information. Government counsel spoke to Defense counsel and can represent that this motion is uncontested.

WHEREFORE, the United States respectfully requests entry of the attached protective order.

Respectfully submitted,

EDWARD J. MARTIN, Jr.
INTERIM UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:   */s/ Karen L. Shinskie*
Karen L. Shinskie
DC Bar #1023004
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, DC 20530
Phone: (202) 730-6878

1