UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES KRETCHMAR,<br><br>                Defendant. | CRIMINAL NO. 25-cr-32 (ACR) |

**GOVERNMENT'S UNCONTESTED MOTION FOR AN ORDER PERMITTING THE DISCLOSURE OF ITEMS PROTECTED BY FEDERAL RULE OF CRIMINAL PROCEDURE 6(e)**

The United States of America, by and through its undersigned counsel, respectfully moves this Court for entry of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). Government counsel spoke to Defense counsel and can represent that this motion is uncontested.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                              Respectfully submitted,

                              EDWARD J. MARTIN, Jr.
                              INTERIM UNITED STATES ATTORNEY
                              D.C. Bar No. 481866

Dated: March 12, 2025     By:    */s/ Karen L. Shinskie*
                              Karen L. Shinskie
                              D.C. Bar No. 1023004
                              Assistant United States Attorney
                              United States Attorney's Office
                              for the District of Columbia
                              601 D Street NW
                              Washington, D.C. 20530
                              (202) 730-6878
                              Karen.Shinskie@usdoj.gov