UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 25-cr-32 (ACR) |
| JAMES KRETCHMAR, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for an Order Permitting the Disclosure of Items Protected by Federal Rule of Criminal Procedure 6(e), it is this ___ day of March, 2025,

**ORDERED** that the Motion is **GRANTED**.   It is further

**ORDERED** that the United States may produce to the defendant in discovery materials protected by Federal Rule of Criminal Procedure 6(e).

**SO ORDERED.**

_____
Honorable Ana C. Reyes
United States District Judge