UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 25-cr-32 (ACR) |
| : | |
| **JAMES KRETCHMAR,** : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 1st Production, as outlined in the enclosed discovery letter.

Respectfully submitted,

EDWARD R. MARTIN, Jr.
Interim United States Attorney
D.C. Bar No. 481866

Dated: March 20, 2025     By:     /s/ *Karen L. Shinskie*
Karen L. Shinskie
D.C. Bar No. 1023004
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 730-6878
Karen.Shinskie@usdoj.gov

1