

U.S. Department of Justice
Edward R. Martin, Jr.
Interim United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

March 20, 2025

<u>**VIA USAFX**</u>

Alexis Gardner, Esq.
Federal Public Defender Service
625 Indiana Ave NW
Washington, D.C. 20004

      Re:    Discovery Production Letter No. 1
                <u>*United States v. JAMES KRETCHMAR,* 25-cr-32</u>

Dear Counsel:

I am writing to memorialize the production of the following material in discovery:

**On USAFX:**

<u>Production No. 1</u>:

- Kretchmar. Interview.MP3
- [folder] Kretchmar Subpoenas
- Redacted Group Chat.zip
- 1_Case Jacket - Case _ 24049679.pdf
- 3_Report Packet - 24049679 Case Note 1_ Initial Case Resume _ICR_.pdf
- 6_Public Packet - 24049679 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- 7_Cover Sheet - 24049679 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- 9_Report Packet - 24049679 Offense_Incident_ Sexual Abuse Investigation _ Incident.pdf
- 10_Report Packet - 24049679 Case Note 5_ Matnattan - Matnattan _Kik_.pdf
- 11_Report Packet - 24049679 Case Note 2_ Forensic Extraction.pdf
- 15_Report Packet - 24049679 Case Note 10_ United States Attorneys Office _USAO_.pdf

- 305A-WF-3921233_0000002.pdf
- 305A-WF-3921233_0000002_1A0000002_0000001_PHYSICAL.pdf
- 305A-WF-3921233_0000005.pdf
- 305A-WF-3921233_0000006.pdf
- 305A-WF-3921233_0000006_1A0000003_0000001_PHYSICAL.pdf
- 305A-WF-3921233_0000006_1A0000004_0000001.pdf
- 305A-WF-3921233_0000007.pdf
- 305A-WF-3921233_0000007_1A0000005_0000001_PHYSICAL.pdf
- 305A-WF-3921233_0000007_1A0000006_0000001.pdf
- 305A-WF-3921233_0000008.1_Redacted.pdf
- 305A-WF-3921233_0000029.pdf
- 305A-WF-3921233_0000029_1A0000015_0000001.docx
- 305A-WF-3921233_0000031.pdf
- 305A-WF-3921233_0000031_1A0000017_0000001.pdf
- 305A-WF-3921233_0000032.pdf
- 305A-WF-3921233_0000032_Import.rtf
- 305A-WF-3921233_0000033.pdf
- 305A-WF-3921233_0000033_1A0000018_0000001.pdf
- 305A-WF-3921233_0000036.pdf
- 305A-WF-3921233_0000037.pdf
- 305A-WF-3921233_0000038.pdf
- 305A-WF-3921233_0000039.pdf
- 305A-WF-3921233_0000040.pdf
- 305A-WF-3921233_0000040_1A0000026_0000001.pdf
- 305A-WF-3921233_0000040_1A0000026_0000002.pdf
- 305A-WF-3921233_0000040_1A0000026_0000003.pdf
- 305A-WF-3921233_0000040_1A0000026_0000004.pdf
- 305A-WF-3921233_0000040_1A0000026_0000005.pdf
- 305A-WF-3921233_0000040_1A0000026_0000006_PHYSICAL.pdf
- 305A-WF-3921233_0000040_1A0000027_0000001.docx
- 305A-WF-3921233_0000040_1A0000027_0000002.msg
- 305A-WF-3921233_0000040_1A0000028_0000001.pdf
- 305A-WF-3921233_0000041.pdf
- 305A-WF-3921233_0000042.pdf
- 305A-WF-3921233_0000042_1A0000029_0000001.pdf
- 305A-WF-3921233_0000043.pdf
- 305A-WF-3921233_0000044.pdf
- 305A-WF-3921233-SBP_0000001.pdf
- 305A-WF-3921233-SBP_0000001_1A0000690_0000001.pdf
- 305A-WF-3921233-SBP_0000001_1A0000690_0000002.pdf
- 305A-WF-3921233-SBP_0000001_1A0000690_0000003.pdf
- 305A-WF-3921233-SBP_0000001_1A0000690_0000004.docx
- 305A-WF-3921233-SBP_0000001_1A0000690_0000005.pdf
- 305A-WF-3921233-SBP_0000001_1A0000690_0000006.zip

- 305A-WF-3921233-SBP_0000010.pdf
- 305A-WF-3921233-SBP_0000010_1A0000001_0000001.pdf
- 305A-WF-3921233-SBP_0000010_1A0000001_0000002.pdf
- 305A-WF-3921233-SBP_0000010_1A0000001_0000003.zip
- 305A-WF-3921233-SBP_0000010_1A0000001_0000004.json
- 305A-WF-3921233-SBP_0000011.pdf
- 305A-WF-3921233-SBP_0000011_1A0000002_0000001.pdf
- 305A-WF-3921233-SBP_0000011_1A0000002_0000002.pdf
- 305A-WF-3921233-SBP_0000011_1A0000002_0000003.pdf
- 305A-WF-3921233-SBP_0000011_1A0000002_0000004.docx
- 305A-WF-3921233-SBP_0000011_1A0000002_0000005.pdf
- 305A-WF-3921233-SBP_0000011_1A0000002_0000006.zip
- 305A-WF-3921233-SBP_0000011_1A0000002_0000007.zip
- 305A-WF-3921233-SBP_0000011_1A0000002_0000008.pdf
- 305A-WF-3921233-SBP_0000012.pdf
- 305A-WF-3921233-SBP_0000012_1A0000003_0000001.pdf
- 305A-WF-3921233-SBP_0000012_1A0000003_0000002.pdf
- 305A-WF-3921233-SBP_0000012_1A0000003_0000003.zip
- 305A-WF-3921233-SBP_0000017.pdf
- 305A-WF-3921233-SBP_0000017_1A0000008_0000001.pdf
- 305A-WF-3921233-SBP_0000017_1A0000008_0000002.pdf
- 305A-WF-3921233-SBP_0000017_1A0000008_0000003.pdf
- 25-mj-1134 thru 1135-LHP.pdf
- 101NCZ_5.zip

There is a subfolder in this production that contains three documents. This folder is clearly labeled as "SENSITIVE". As detailed in the Protective Order, as Sensitive Material, it must be maintained in your custody and control. While you may show these documents to the defendant, you may not allow the defendant to maintain copies or write down any personal identity information. Furthermore, absent the Court's permission, you may not include this information in any public filings.

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you. The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Furthermore, the government is in possession of videos depicting the sexual abuse of children that were distributed to an undercover law enforcement officer by your client. Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States. If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.

Should you have any questions about these materials, please do not hesitate to contact me.

                                                    Sincerely,

                                              */s/ Karen L. Shinskie*
                                              Karen L. Shinskie
                                              Assistant United States Attorney
                                              Phone: (202) 730-6878
                                              Email: Karen.Shinskie@usdoj.gov