CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       )
                               )
            vs.                )     Criminal Case No.: 25-cr-32-ACR
                               )
JAMES SAUNDERS KRETCHMAR       )
                               )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Ana C. Reyes,
United States District Judge

Date: 6/30/2025