UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.  25-cr-32 (ACR) |
| v. : | |
| : | |
| JAMES KRETCHMAR, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING OF FORFEITURE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files the attached proposed order of forfeiture in advance of the defendant's sentencing hearing, set for November 24, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  */s/ Karen Shinskie*
Karen Shinskie
Assistant United States Attorney
DC Bar No. 1023004
601 D Street, N.W.
Washington, D.C. 20530
Phone: 202-730-6878
Email: karen.shinskie@usdoj.gov